UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

CLERK. U.S. DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
FILED 1/24/02
MICHAEL N. MILBY, CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | CRIMINAL NO.: H-02-40 |
| | § | |
| **ROBERT NICHOLAS ANGLETON,** | § | |
| | § | |
| Defendant. | § | |

## INDICTMENT

THE UNITED STATES GRAND JURY CHARGES:

**AT ALL TIMES RELEVANT TO THIS INDICTMENT:**

1. **Robert Nicholas Angleton** was engaged in bookmaking.

2. **Robert Nicholas Angleton** was the brother of Roger Angleton.

3. **Robert Nicholas Angleton** was married to Doris Angleton. Doris Angleton filed for divorce on February 7, 1997.

4. On April 10, 1997, Doris Angleton met with a tax attorney.

5. On April 16, 1997, Doris Angleton was shot to death in her home. Her divorce from **Robert Nicholas Angleton** was pending at the time of her death.

**COUNT ONE**
(18 U.S.C. § 1958)
Conspiracy to Commit Murder for Hire

1. From an unknown date believed to be in January, 1997, in the Southern and Northern Districts of Texas and the State of California, the defendant,

**ROBERT NICHOLAS ANGLETON**

did knowingly and willfully combine, conspire, confederate and agree with Roger Angleton, not indicted herein, to cause another to travel in interstate commerce and use a facility in interstate commerce with intent that the murder of Doris Angleton be committed in violation of the laws of the State of Texas and the United States, as consideration for the receipt of, and as consideration for a promise and agreement to pay, a thing of pecuniary value, that is, United States Currency, such conduct resulting in the death of Doris Angleton.

**The Method and Means of the Conspiracy**

2. It was part of the conspiracy that **Robert Nicholas Angleton** would hire and agree to pay an individual to commit murder.

3. It was part of the conspiracy that **Robert Nicholas Angleton** would provide relevant information to Roger Angleton to assist him in planning the murder of Doris Angleton.

4. It was part of the conspiracy that Roger Angleton would travel from California to Houston, Texas to conduct surveillance of areas where the murder could be committed.

5. It was part of the conspiracy that Roger Angleton would receive money from **Robert Nicholas Angleton** for the murder of Doris Angleton.

6. It was part of the conspiracy that Roger Angleton would use false names, incorrect addresses and disguises while in Texas to facilitate the murder of Doris Angleton.

7. It was part of the conspiracy for **Robert Nicholas Angleton** to mislead the police.

8. It was part of the conspiracy that if Roger Angleton was captured, any money due from **Robert Nicholas Angleton** for the murder of Doris Angleton would still be paid.

9. It was part of the conspiracy that as long as Roger Angleton was paid for the murder of Doris Angleton, Roger Angleton would take full blame for the murder in an attempt to exonerate **Robert Nicholas Angleton**.

## OVERT ACTS

10. In furtherance of the conspiracy and to effect the objects thereof, the conspirators committed the following overt acts, among others:

A) On or about March of 1997, **Robert Nicholas Angleton** offered an individual money to kill an unknown person who, he stated, "may not be a man".

B) On or about April 10,1997, Roger Angleton conducted surveillance on the home of Doris Angleton.

C) On or about April 14,1997, **Robert Nicholas Angleton** and Roger Angleton met to finalize the plan to murder Doris Angleton.

D) On or about April 16, 1997, Roger Angleton shot and killed Doris Angleton.

E) On or about April 22, 1997, Roger Angleton attempted to board a flight from the Dallas-Ft.Worth Airport.

F) On or about April 24, 1997, **Robert Nicholas Angleton** opened a safe deposit box and inquired about how to acquire access for a second signatory.

G) On or about July 10, 1997, Roger Angleton caused a note to be delivered to **Robert Nicholas Angleton.**

H) On or about July 15, 1997, **Robert Nicholas Angleton** provided the July 10, 1997 note to the Houston Police Department.

I) On or about July 22, 1997, Roger Angleton caused two notes to be delivered to **Robert Nicholas Angleton**.

J) On or about July 22,1997, but no later than August 1, 1997, **Robert Nicholas Angleton** sent answers to the notes of July 22, 1997.

K) On or about February 7, 1998, Roger Angleton killed himself while awaiting trial.

In violation of Title 18, United States Code, Section 1958.

**<u>COUNT TWO</u>**
(18 U.S.C. § 1958)
Murder-for-Hire

1. From an unknown date, believed to be in January of 1997, and continuing until April 16, 1997, in the Southern District of Texas, the defendant,

**Robert Nicholas Angleton**

aided and abetted by Roger Angleton, not indicted herein, did cause another to travel in interstate commerce and did use a facility in interstate commerce with intent that the murder of Doris Angleton be committed in violation of the laws of the State of Texas and the United States, as consideration for the receipt of, and as consideration for a promise and agreement to pay, a thing of pecuniary value, that is, United States Currency, such conduct resulting in the death of Doris Angleton.

In violation of Title 18, United States Code, Sections 1958 and 2.

## COUNT THREE

(18 U.S.C. § 924(c)(1)

Use of a Firearm During Commission of a Crime of Violence

1. On or about April 16, 1997, in the Southern District of Texas, the defendant,

**Robert Nicholas Angleton**

aided and abetted by Roger Angleton, not indicted herein, did knowingly use and carry a firearm during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, as alleged in Counts One and Two of this Indictment.

In violation of Title 18, United States Code, Sections 924(c)(1) and 2.

A TRUE BILL:

[signature]

FOREPERSON OF THE GRAND JURY

MICHAEL T. SHELBY
UNITED STATES ATTORNEY

By: [signature]

TERRY CLARK
Assistant United States Attorney

By: [signature]

EDWARD GALLAGHER
Assistant United States Attorney