IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States Courts
Southern District of Texas
FILED

JAN 3 0 2006

Michael N. Milby, Clerk of Court

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **vs.** | § | **CRIMINAL NO. 4:02-CR-40-01** |
| | § | |
| **ROBERT ANGLETON** | § | |
| | § | |
| **Defendant** | § | |
| | § | |

## SATISFACTION OF JUDGMENT

The Judgment in the above-entitled case having been paid in full in the amount of $300,000.00, it is therefore in order that Satisfaction of Judgment be entered of record by the Clerk of the Court in the cause and that Robert Angleton be discharged of the monetary liability imposed by the Court.

Respectfully submitted,

CHUCK ROSENBERG
United States Attorney

By: ______________________
CLAUDE HIPPARD
Assistant United States Attorney
Attorney in Charged
Financial Litigation Unit
Texas State Bar No. 09712800
P. O. Box 61129
Houston Texas 77208
Tel: (713) 567-9560
Fax: (713) 718-3405

Date:______________________