IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States Courts
Southern District of Texas
FILED

MAR 27 2006

Michael N. Milby, Clerk

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** **Plaintiff** | § | |
| | § | |
| | § | |
| vs. | § | **CRIMINAL NO. 4:02-CR-40-01** |
| | § | |
| **ROBERT NICHOLAS ANGLETON,** | § | |
| **Defendant.** | § | |

## RELEASE OF JUDGMENT LIEN

STATE OF TEXAS:

COUNTY OF Harris:

WHEREAS, in the United States of America vs **Robert Nicholas Angleton**, in the United States District Court, Southern District of Texas, Harris Division, under Criminal Action No. **4:02-CR-40-01**, a judgment in the amount of $300,000.00 was entered against **Robert Nicholas Angleton** in favor of the United States of America; and

WHEREAS, an Abstract of Judgment was filed on September 4, 2003, for record in the Real Property Records of Harris County, Texas under Serial No.W997740.

The judgment having been paid in the amount of $300,000.00, is discharged from further liability to the United States of America in this cause.

NOW, THEREFORE, the United States of America does hereby release the lien arising out

of said judgment and recorded under Serial No.W997740, Vol 2309, Page 371, the Real Property Records of Harris County, Texas on September 4, 2003.

DATED this 30th day of January 2006.

Respectfully submitted,


CHUCK ROSENBERG
United States Attorney

By: ______________________
CLAUDE HIPPARD
Assistant United States Attorney
Attorney in Charged
Financial Litigation Unit
Texas State Bar No. 09712800
P. O. Box 61129
Houston Texas 77208
Tel: (713) 567-9560
Fax: (713) 718-3405


STATE OF TEXAS:

COUNTY OF HARRIS:

Before me, the undersigned authority, on this day personally appeared CLAUDE HIPPARD, known to me to be the person whose name is subscribed to in the foregoing instrument, and acknowledged to me that he executed the same for the purpose and consideration therein expressed, and in the capacity therein stated.

Given under my hand and seal of office this 30th day of January, 2006.

Beverly Lynne Capano
NOTARY PUBLIC

BEVERLY LYNNE CAPANO
MY COMMISSION EXPIRES
November 17, 2009

United States Courts
Southern District of Texas
FILED

JAN 30 2006

Michael N. Milby, Clerk of Court

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| **Plaintiff,** | § | |
| | § | |
| **vs.** | § | **CRIMINAL NO. 4:02-CR-40-01** |
| | § | |
| **ROBERT ANGLETON** | § | |
| **Defendant** | § | |

## SATISFACTION OF JUDGMENT

The Judgment in the above-entitled case having been paid in full in the amount of $300,000.00, it is therefore in order that Satisfaction of Judgment be entered of record by the Clerk of the Court in the cause and that Robert Angleton be discharged of the monetary liability imposed by the Court.

Respectfully submitted,

CHUCK ROSENBERG
United States Attorney

By: ______________________
CLAUDE HIPPARD
Assistant United States Attorney
Attorney in Charged
Financial Litigation Unit
Texas State Bar No. 09712800
P. O. Box 61129
Houston Texas 77208
Tel: (713) 567-9560
Fax: (713) 718-3405

TRUE COPY I CERTIFY
ATTEST: 1/31/06
MICHAEL N. MILBY, Clerk of Court
By ______________________
Deputy Clerk

Date:______________________